IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Bryant J. Johnson,

    Plaintiff(s),

vs.

Hamilton County Justice Center, et al.,

    Defendant(s).

Case Number: 1:19cv5

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on March 13, 2019 (Doc. 7), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 27, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's federal claims are DISMISSED with prejudice pursuant to 28 U.S.C. §§1915(e)(2)(B).

The Court declines to exercise pendent jurisdiction over any state law claims asserted by plaintiff and DISMISSES such claims without prejudice to refiling in state court.

The Court certifies pursuant to 28 U.S.C. §1915(a) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith. Therefore, plaintiff is DENIED leave to appeal *in forma pauperis*. Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals. *See Callihan v. Schneider,* 178 F. 3d 800, 803 (6th Cir. 1999), overruling in part *Floyd v. United States Postal Serv.,* 105 F.3d 274, 277 (6th Cir. 1997).

IT IS SO ORDERED.

                                                    Judge Susan J. Dlott
                                                  United States District Court